CA07-274

AO 243
(Rev. 12/04)



# Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody

(Motion Under 28 U.S.C. § 2255)

## Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for ____________
   Address
   City, State Zip Code

9. CAUTION: You must include in this motion all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.

10. CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District of Rhode Island |
|---|---|
| Name (under which you were convicted): Alberto Rodriguez | Docket or Case No.: 04-050-S |
| Place of Confinement: F.C.I. Otisville, N.Y. 10963 | Prisoner No.: 05448-070 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) v. Alberto Rodriguez |

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court for the District of Rhode Island.

   (b) Criminal docket or case number (if you know): 04-050-S

2. (a) Date of the judgment of conviction (if you know): 9/29/04/

   (b) Date of sentencing: 3/25/05/

3. Length of sentence: 20 Years

4. Nature of crime (all counts): 1 Count: Felon in possesion of Firearm.

5. (a) What was your plea? (Check one)

   (1) Not guilty ☒ (2) Guilty ☐ (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☒ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☐ X
8. Did you appeal from the judgment of conviction? Yes ☐ X No ☐
9. If you did appeal, answer the following:
   (a) Name of court: 1st Circuit Court of Appeals.
   (b) Docket or case number (if you know): 05-1498
   (c) Result: Affirmed
   (d) Date of result (if you know): 8/2/06/
   (e) Citation to the case (if you know): Cite as: 457 F.3rd 109.
   (f) Grounds raised: (1) Speedy Trial Violation. (2) Inefective Assistance of Trial Counsel. (3) Insufficientcy of Evidence to support finding of Firearm Possesion. (4) District Courts Abuse of Power in Denying Jury's Request for the Transcripts of Arresting Officers Teatimony during Deliberation.

   (g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ X No ☐
   If "Yes," answer the following:
   (1) Docket or case number (if you know): No: 06-8624
   (2) Result: Denied (without explenation)
   (3) Date of result (if you know):
   (4) Citation to the case (if you know):
   (5) Grounds raised: Constitutional: U.S.Amenments: Sixth,Eighth, Fourteenth. Statutory: Title 18 U.S.C. 3161.

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
   Yes ☐ No ☐ X
11. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of court:
   (2) Docket or case number (if you know):
   (3) Date of filing (if you know):

(4) Nature of the proceeding: ____________________

(5) Grounds raised: ____________________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result: ____________________

(8) Date of result (if you know): ____________________

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ____________________

(2) Docket or case number (if you know): ____________________

(3) Date of filing (if you know): ____________________

(4) Nature of the proceeding: ____________________

(5) Grounds raised: ____________________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result: ____________________

(8) Date of result (if you know): ____________________

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☒ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ______________________________

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Ineffective Assistance by betrayed court appointed Trial Counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Trial counsels failor to represent to the full extent in truth-Seeking was Ineffective Assistance! but for counsels unproffesional Errors, the proceedings would have been diferent! the records proves defence counsel made an unreasonable choice not to cross x amin recanted defence witness who testified falsely for the Government! This Unreasonable conduct caused Serious prejudic to warrant Setting aside the governments wrongful conviction! "At No Time" did I give up my right to cross examin Bionchi to the truth before the jury! Trial counsel did not beleive in my innocence, and performed Not within the bounds of Law, but to give the prosecutor a Tactical Advantage to "Convict without Truthseeking" as Attorney Rose did!

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______________________________

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed: ______________________________

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: My only appeals were to the 1st circuit court of appeals and to the U.S.Supreme Court.

GROUND TWO: Police Misconduct: Fabrications: Perjurous Testimony Under Oath.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The police trial testimony along with the dispatch communications and Transmissions will prove all the above. I have parts which the court is well Aware of that was never disclosed or examined. I am waiting on the freedom of information act and privacy act to release More information Supporting my pursue of the Truth for Justice!

______________________________________________

______________________________________________

(b) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Appelate Counsel Joan Griffin told me it was a habeous corpus issue when I Told her to rais this issue.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________________________________________

Name and location of the court where the motion or petition was filed: ______________________________________________

______________________________________________

Docket or case number (if you know): ______________________________________________

Date of the court's decision: ______________________________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________________________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________________________________

______________________________________________

Docket or case number (if you know): ______________________________________________

Date of the court's decision: ______________________________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________________________

______________________________________________

______________________________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I never raised any post conviction claims. Appelate Counsel Joan Griffin advised me that it was a Habeous Corpus Issue.

GROUND THREE: Prosecutorial Misconduct:Befor the Grand Jury and at Trial! in Violation of Jenks act Material,and Brady V Maryland!!

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The U.S.Assistant Attorney Richard W.Rose carelessly convicted without truthseeking.the prosecutor was well aware of exculpatory evidence that was in his possesion and his agencies and failed to disclose such Evidence!! the government is obligated to disclose known exculpatory Evidence.There are No exceptions to the Rules!! the prosecutor must present or otherwise Disclose Such Evidence to the Grand Jury before seeking an indictment Against such person!! and is obligated to disclose Exculpatory, Impeachment evidence Threwout the Trial!!

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: I Demanded for Attorney Griffin to raise this issue but she did not. All Attorney's are intimidated by the power of Government!

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I never filed any appeals under anything except for direct appeal to the first circuit court of appeals and to the U.S.Supreme Court.

GROUND FOUR: Jurror's Unanswerd Question during jury impanalment "if my prior criminal record and prison term were do to firearm offence"

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): During jury impanalment in the presence of the intire jurypool,one of the jurrors wanted to know if my prior record and prison term was do to gun offence! the question was never answered althoe the jurror ask over and over.I beleive that unanswered question poisoned the minds of the intire jury pool. Impanalment of the jury was on 9/1/05/ Trial commenced on 9/27/05/.that unanswered question caused serious prejudice and was unfair to judge my innocence or guilt with truth and honesty in respect to Law!

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Attorney Joan Griffin failed to raise this major issue as I constantly kept recomending.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I never filed any post conviction proceedings.

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: On direct appeal Attorney griffin did not raise police misconduct:as I requested do to it being a habeous corpus issue. Prosecutorial Misconduct:Althoue I constantly told Attorney Griffin to raise this important issue she did not! Jury Impanelment: Attorney Griffin also failed to raise this major issue as I rquested over and over. The issue was presented to the U.S.Supreme Court who denied my writ without explenation!"

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Olin Thomson who told me that I was not intitled to a priliminary hearing!

(b) At arraignment and plea: Olin Thomson I pled the truth"Not Guilty"!

(c) At trial: Robert Mann Court Appointed trial counsel.

(d) At sentencing: William Dimitri Court Appointed.

(e) On appeal: Joan Griffin.

(f) In any post-conviction proceeding: Never Applied.

(g) On appeal from any ruling against you in a post-conviction proceeding: I Never Applied for any post conviction proceedings.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☒ No ☐

I will pursue,and reveal the god honest truth to justice if or it takes me till the day I Die!

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* This Motion is in time Limits in which I have to file. (Time to File 8-2-07)

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Vacate Sentence, Set Aside Wrongful Conviction, and Terminate False Imprisonment in Respect of Law!

or any other relief to which movant may be entitled.

______________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on Tuesday 7/17/07 (month, date, year).

Executed (signed) on ____________________ (date).

Alberto Rodriguez
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ________________________________

IN FORMA PAUPERIS DECLARATION

District of Rhode Island, District Court.

[Insert appropriate court]

* * * * *