"Memorandum"
"In Support of Exhibits and Police Misconduct"

According to the testimony of officer Moscarelli. he' recieved a call from a nearby auto zone of a man with a gun. he further testified that it took him 30 to 45 seconds to arrive on the scene and assist officer petrocchi in arresting me.

Make no mistake, According to transcript GX-2A the time of apprehention is 0053!

if you bring your attention to the incident dispatch block listing, officer Moscarelli did not recieve the call from dispatcher Paul Neves till 106am. "How could he be at the arrest scene at 0053?"

According to the incident dispatch block listing all the officers recieved the call from dispatcher Paul Neves after 0054!
officer fallon was the first to reciev the call at 0054! He was also the first officer to arrive on the scene at 105am.

"Misteriously" none of the officers who testified at trial have a on scene time, but remember they all testified to being at the arrest scene at 0053!

Officer Fallon unit 353 never testified at trial. officer fallon was never even mentioned in this case!

I believe officer fallon was a former Johnston Rhode Island police officer who participated in the framing.!

The incident dispatch block listing was provied to me from Richard Rose. this document was never disclosed of or looked into.

These documents are inconsistant in times! they are also clear to be fabricated.

As for officer Moscarelli's testimony of recieving a call over channel 1, that call was recieved at 12:49:52.
This document was recently released to me from the F.C.I.A./P.A. ,
I am still waiting on more to Reveal the truth to justice!

The police testified falsely in Disrespect to the Law and in doing so Decieved Justice.

Transcript GX-2B was made after the police found Susan Bionchi's gun where ever they found it!