August 23, 2004 (1:45pm)
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No.04-050-S |
| | : | |
| ALBERTO RODRIGUEZ | : | |

**TRANSCRIPT**
(GX-2A)

Date: November 28, 2003

Police Dispatcher ("Dispatcher")
Patrolman Scott T. Petrocchi ("P.O. Petrocchi")

* * *

| | |
|---|---|
| P.O. Petrocchi: | 351 send some cars to Glenbridge |
| Police Officer No. 2: | 353 on the way |
| Police Officer No. 3: | 52 going. |
| P.O. Petrocchi: | 351 white male subject looks like he's got a gun in his hand, he's heading towards the yard towards Barbara. |
| Unidentified male: | Glenbridge and Barbara, white male |
| P.O. Petrocchi: | 351. I got him apprehended, Barbara and Glenbridge. |
| Dispatcher: | All right, one in custody Barbara and Glenbridge, 0053 [unintelligible] you receive? |

* * *

GOVERNMENT EXHIBIT
2A

9/27/04

August 23, 2004 (4:00pm)
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : CR. No.04-050-S
:
ALBERTO RODRIGUEZ :

**TRANSCRIPT**
(GX-2B)

Patrolman Shawn Kennedy ("P.O. Kennedy")
Patrolman Scott T. Petrocchi ("P.O. Petrocchi")

* * *

P.O. Kennedy: Scott are you on?

P.O. Petrocchi: 351 on.

P.O. Kennedy: Scott we got a Glock.

P.O. Petrocchi: I saw it in his hand when I came around the corner. [unintelligible] I saw it in his hand, so ...

* * *

GOVERNMENT EXHIBIT 2B

9/28/04
... on DLB

[redacted]

he said this After fact
if he said it

Date Run 05/13/2004
Time Run 13:25:48

Providence Public Safety
Incident Dispatch Detail Report

Page 1
ID-IMP310

RD #: PR 03-170948

| DISPATCH INFORMATION | DISPOSITION INFORMATION |
|---|---|
| Location<br>Glenbridge Avenue & Barbara<br>Beat/Subbeat Source Priority Shift<br>000 /54 2-Urgent 3<br>Code / Description<br>5208 PERSON WITH A GUN<br>PERSON WITH A GUN<br>Incident Created from Busy<br>Nature: INV INVESTIGATION<br><br>Caller:<br>( ) -<br>Dispatch Assignment Area<br>Dispatch Code: D<br>Disp:11/28 00:54:39 Enrt:11/28 00:54:39<br>Onsc:11/28 01:05:16 Comp:11/28 01:28:35 | Ucr Code 5208 Description PERSON WITH A GUN<br>Service Code REP Description CAD Copyover to CRIMES<br>Dispo Star: 8809 KENNEDY<br>Dispo Remarks |

Call Received Fri 11/28/2003 00:54:397790 NEVES, PAUL
Call Dispatched Fri 11/28/2003 00:54:397790 NEVES, PAUL

Incident Dispatch Block Listing

| Unit | Stars | Dispatch Time | En-Route Time | On-Scene Time | C |
|---|---|---|---|---|---|
| 353 | 8518 FALLON | 11/28/03 00:54:39 | | 11/28/03 01:05:16 | 11/ |
| S5A | 8809/8810 KENNEDY | 11/28/03 01:06:36 | | | 11/ |
| 354 | 9590 MOSCARELL | 11/28/03 01:06:47 | | | 11/ |
| 351 | 8525 PETROCCHI | 11/28/03 01:07:08 | | | 11/ |

03-120-942
11-28-03

CH-1
12:49:52
12:51:02
12:51:48
12:52:10
12:52:34
12:53:37
12:54:52
12:55:07
12:58:23
1:01:58
1:02:13
1:11:23

CH-2

12:55:06
12:55:19

CH-3
12:58:38
1:02:37

CH-5
12:53:06
12:53:47
12:53:52
12:54:15
12:54:27
12:55:00
1:00:31

**U.S. Department of Justice**

Office of Information and Privacy

*Telephone: (202) 514-3642*

*Washington, D.C. 20530*

JUN 25 2007

Mr. Alberto Rodriguez
Register No. 05448-070
Federal Correctional Institution
Post Office Box 1000
Otisville, NY 10963

Re: Appeal No. 07-1279
Request No. 07-630
KAH:SRO

Dear Mr. Rodriguez:

You appealed from the action of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) on your request for access to certain records pertaining to yourself.

After carefully considering your appeal, and as a result of discussions between ATF personnel and a member of my staff, I am remanding your request for further processing of the records responsive to your request. ATF will send any and all releasable portions of them to you directly, subject to any applicable fees. You may appeal any future adverse determination made by ATF.

If you consider my response to be a denial of your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

Sincerely,

Janice Galli McLeod
Associate Director