MATTHEW B. SMITH
Attorney At Law
1206 Westminster Street
Providence, RI 02909
(401) 453-0700
(401) 454-5557 (fax)

# WITNESS STATEMENT

Date of Incident: 11 / 28 / 03

Place of Incident: Glen Bridge Ave - Prov. R.I.

I Susan M. Bianchi, was driving down glenbridge Ave w/ Evelyn and Alberto when a police car came in front of us stopped, Ximirek a block away from barbara St. Alberto fled the scene the 2 policeman chased him after me seeing them chase Alberto I got out the car got rid of the gun, which was a .40 caliber (Glock) w/ 10 rounds walked back to the scene and seen what was going on, and what I seen was alberto getting arrested for my gun. No one in the car knew of the gun that I had that night And when I seen them chase Alberto I took advantage of that and hid the gun as soon as I could.

I am giving this Statement Voluntarily and of my own free will because it is the truth. I am willing to testify under oath regarding my Statement and willing to Speak to the providence Police about my involvment in this case.

SIGNED: X Susan M. Bianchi DATE: 12-04-03

93 Huron st Prov. RI 0290[illegible]

([illegible]) 465-8[illegible]43

Investigator obtained criminal record on Bianchi: Her d.o.b. is [redacted].

7-25-02 North Providence P.D. Disorderly 5-30-03 warrant issued for FTA
10-03-02 Providence P.D. Shoplifting she pled out and on 7-03-03 and a warrant was issued for failure to make payments. It is still active.

Investigator checked with a source and found that Susan Bianchi now resides at 13 Belmont Street, 2nd floor, Providence, Rhode Island. She lives there with her mother. Her telephone number is 954-6014.

9-15-04 2:20 P.M. Investigator responded to 13 Belmont Street, 2nd floor, Providence, Rhode Island. There was no answer at the door. I called the telephone number and got a voice mail. I left no message.

9-16-04 7:00 P.M. Investigator called 954-6014 and spoke to Carmella Bianchi, mother of Susan. She advised that Susan was out buying baby clothes for her new baby. She is due in November. Carmella advised I could call back later in the evening.

9:15 P.M. Investigator contacted Susan Bianchi. I asked her about the statement she gave for Attorney Matthew Smith. She advised that it is true and she stands by it. She has my telephone number and will testify, if needed.