"Jury Impanelment"
"Juror's Unanswerd Question"

On september 1st, 2004, in the United States District Court, for the District of Rhode Island, before the Honorable William E. Smith during jury impanelment ocurred the following dispute between juror and court before the intire jury pool.

THE COURT: you've already learned thr defendant has a prior conviction for a crime punisable by more than one year in jail. It is an element of the offence charged in this case. You are not allowed to hold that fact against the defendant in any way. Particularly, you must not conclude that because he has violated the law in the past, that he must of have done something wrong in this case. Does everyone understand that? Sir?

THE JUROR: We're not allowed to know what was involved in the first crime?

THE COURT: The answer is that it's an element of the offence that he has a previous conviction. And beyond that, that's all you need to know for purposes of this charge, because he's not on trial for the previous conviction. He was convicted for that, whatever it is. And that's all you need to know.

Truthfully, I don't know what it is. At the moment, I couldn't tell you what it is. I know that this defendant has been, or they will need to prove that he's been convicted of a crime punishable by in excess of one year. And that's it. And I emphasize to you, to all of you, this defendant is only on trial for the charge in the indictment that I read to you.

you need to be able to accept that fact.

THE JUROR: The way you're wording it, it sounds like it's more of a serious crime because of the fact there was already a crime before this. I don't understand why wouldn't you be able to know if a gun was involved in the first one.

THE COURT: Well, for the simple reason that I just stated, and it's an important reason. And that is that when someone is accused of a crime, you really - - you may only consider the evidence of whether they commited that crime. And it doesn't matter whether they commited other crimes or done other bad things. And the law doesn't want that to sort of seep into your head and influence you. okay?

Now, in this case, the specific crime involves as an element of the offense a prior conviction. So that is an issue, but it's only that.

THE JUROR: But the letter of law is there a difference between somebody being caught with a weapon that say is not registered and somebody who's been caught with a weapon who;s already served incarceration for being in jail for one year.

THE COURT: They're different offenses. They are different offenses. Okay?

THE JUROR: How do you know the difference? I don't understand why you can't tell me - -

THE COURT: Maybe I didn't understand your question. Ask the question again.

THE JUROR: Is there a difference in the penalty as far as being caught with a weapon in the act of a crime - - say that was the first offence. Is it more severe if you've already had a prior conviction and you've done more than a year in jail? Idon't understand why he's saying

a year in jail makes a difference.

THE COURT: That's what defines the term - - that is the way the law is drafted. Okay? There are crimes which are more serious or less serious, felonies versus misdemeanors.

THE JUROR: It sounds like the way you're saying it is the fact that prison sentence of over a year makes a difference because of the alleged being caught with a weapon.

THE COURT: It does because that is an element of the offence, that someone who has a misdemeanor offence and is in possession of a firearm can't be charged with this offence that this defendant is charged with. All right? Go ahead. (Jury impanelment proceedings, pages: 61 - 65)

"Later in the proceedings"

MR. MANN: And while I'm asking any of these questions, they really apply to everybody to some extent, of course.

You know now that Mr. Rodriguez has a criminal conviction for something, for a cause that carried more than a year in jail, right?

THE JUROR: Correct.

MR. MANN: And you have a question about that, right?

THE JUROR: I just don't understand how the second crime, the severity of the second crime is greater because of the fact of the first crime, but we don't get any information on the first crime. I don't know if there's an any weapon involved in the first crime. The reason I'm asking is if I knew somebody did a crime, a second crime they were convicted for and there was a weapon involved in the first crime, then as far as I'm concerned, they shouldn't be allowed to carry a weapon. That's why I was asking.

MR MANN: And then the follow - up question is if all you learned is - - if all you came to learn that there was a conviction for a crime that carried at least one or more than a year in jail, prison, would that affect your deliberation as to whether or not in this case Mr. Rodriguez possessed a gun?

THE JUROR: It would if I knew there was a weapon involved in the first crime. yes. (Portion of Proceedings - Jury Impanelment pages 82 - 83)

The trial court, and defence counsels failor to move for termination of the entire jury pool caused "Serious Bias".
I't also inffected there mind as to repeated criminal conduct, which did not allow them to diliberate truthfully,and honestly, all thoe they said they could!

My only reason for stipulating to a prior conviction was do to the fact that I was to take the stand on my own defence as I requested,and was prepared to do to the truth. Attorney Mann never called me to testify after I let the jury know that I had a criminal record which they would have one'c I took the stand to testify been aware of!

As to the stipulation regarding interstate commence, Attorney Mann did so on his own. it was not my concern as to where the firearm was made! I did Not posses that firearm and did Not bring it into the state of providence Rhode Island!.

This case trully presents a Grave Miscarriage of Justice, Warranting setting aside the conviction and terminating the false imprisonment! the record demonstrates Serious Bias,Misconduct,constitutional error's, Violation's of due process.Prejudice, and most important Injustice!.

For the truth being, I Alberto Rodriguez Pray's in the Name of God that the Honorable Court Grant true justice on the Truth.