UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Alberto Rodriguez

vs.

C.A. No. 07-276S
Cr. No. 04-50S

United States of America

ORDER

The Government is hereby ordered to file its response to the Plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody." Said response will be filed on or before **August 13, 2007.**

By Order,

Loreen Baldinelli
Deputy Clerk

ENTER:

WESmith
William E. Smith
U.S. District Judge

Date: 7/24/07