IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ | ) | |
| | ) | CA. No. 07-276S |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, Alberto Rodriguez v. United States, CA07-276S. Assistant United States Attorney Richard W. Rose, who was originally assigned this case, is being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
adi.goldstein@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July 2007, I served a copy of the within Notice of Appearance by mailing same, postage prepaid, to:

Alberto Rodriguez
Reg. No. 05448-070
FCI Otisville
P.O. Box 1000
Otisville, New York 10963

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
adi.goldstein@usdoj.gov