DEFENDANTS REPLY BRIEF IN GOVERNMENTS
OBJECTION TO MOTION
PURSUANT TO 2255.

RE: ALBERTO RODRIGUEZ
V.
UNITED STATES OF AMERICA

C.A. No: 07-276S

POLICE MISCONDUCT FACTS

It is a under statement for the government's attorney's to state that the arguments I present are claims. "Again the government's attorney's are not being truthful", No'one has ever even attemted to look into the fact that I am being deprived of my Liberty to the hans of a Rogue prosecution's wrongful conviction!

The prosecution states that I claim the police fabricated thier testimony because of "Minute Inconsistancies in Times" the prosecution's are exadgurating, the facts are ten,fifteen,twenty, minutes in inconsistance! I assure the court that if I am provided with the evidence I am requesting the proof will be right in the face of this Tainted Case!

1st, the trial transcripts clearly prove the police testimony is not creditable and inconsistant in trying to get thier lies to match one another. not only in times,but thier entire false testimony! as for instints they all claimed to have found the firearm. first it was the testimony of petrocchi that he and hames had found the gun. then it was the police testimony that Hames and Kennedy had found the gun after petrocchi found it and left it ther with out letting anyone else know. officer Moscarrelli who was a nervous reck on the stand because of his lie of recieving a call and taking just 30 to 45 seconds to arrive on scene would have really messed things up in putting thier lies out there more. "What part did officer Moscarelli take in finding the gun"?

Further more, officer Petrocchi who claims to be the Hero and the most experienced officer of them all,falsly testified that he saw me drop the gun in the rear of 137 Glenbridge Ave and run into the back of 139 Glenbridge Ave! Later in his false testimony he testified to watching me drop the gun in the rear of 139 and ran right by it! officer petrocchi then testified to finding the firearm within a minute ortwo after placing me in costody with officer Moscarelli, he never testified to the sunglasses that were saposably found right near the gun! These Sunglasses were taken out of my back pants pocket after I was beaten by police! My Fingerprints and the officer who took them out of my pocket prints were on the sunglasses! Detective Renzi commited perjury as well in falsly testifying that he Visually checked the susglasses for prints and saw none! Officer Hames who lied and testified that the sunglasses were pushed back on my forhead only proves my prints were on the sunglasses but denied by police do to the fact that the firearm was negative of my fingerprints.

The evidence that the sunglasses and firearm were fingerprinted is clear to see!
if it was to be true that detective Renzi did an eyball inspection and saw none, that means the police wiped them clean do to thier own fingerprints being on them after taken them from me!
had the sunglasses truly fell from my forhead and right near the gun as the police photo'ed them, my fingerprint would have been on them!

as I mentioned to the court, these sunglasses were taken out of my back pants pocket from my sunglass case after I was brutally beaten by police! "My fingerprints as well as the officer's fingerprints who took them from me were on those sunglasses!"
if detective Renzi really visually inspected the sunglasses for prints and saw none,that means the police wiped them clean do to thier own prints being on them, and then planted the sunglasses right near the gun!

"Please judge with the facts and common sence, it is true, the police framed me and commited perjury"!

Officer Petrocchi also played dum in testifieing that he did not know if anything was fingerprinted. after the firearm and sunglasses were fingerprinted the officer's all acused me of wearing gloves!
I was even pulled out of the police cruieser I was placed into wile the police searched the police car for gloves!
they even searched the entire outside area in search of gloves and searched my person again as well! I can prove what the police did as to everything Im trying to prove!

There is more in search of the truth than the government's attorney's statement as in minute inconsistancies in dispatch times!

The little evidence I provided the court with in regards to dispatch times is more than just minute inconsistancies as the government's attorney's claim! the facts are as I provided them in detail.

The prosecution team is not concern of the fact of a innocent man being wrongly convicted! there concerns are of loking as they put a dangerous man in prison for thier own achievments in the future!
I have not only been deprived of a fair trial and my liberty, I have been deprived of the truth!

The government's attorney's comments on my attempt to attack the weight of the evidence demonstraits the facts I present.
"Had I had the power the government has, the truth would have been revealed to justice."

Respectful and Truthful
Alberto Rodriguez
(IN GOD WE TRUSE)
Alberto Rodriguez

DEFENDANTS REPLY BRIEF IN GOVERNMENTS
OBJECTION TO MOTION
PURSUANT TO 2255.

RE: ALBERTO RODRIGUEZ
V.
UNITED STATES OF AMERICA

C.A. No: 07-276S

The United States Attorney's maintains that all of Rodriguez's claims are without merit, and that all but the first ineffective assistance were waived for failure to raise them either at trial or on appeal. The government's attorney's further claim that moreover, the motion can be decided on the pleadings and no hearing is required. The government's attorney's also request that the 2255 motion be dismissed and denied. "However, the government's attorney's are wrong".

PROSECUTORIAL MISCONDUCT FACTS.

In regards to the government's Memorandum of Law in support of the government's objection to petitioner's motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. 2255, the government's attorney's falsely state that the truth in which I provide in my motion pursuant to 28 U.S.C. 2255 are without any Evidentiary Support.
"Unfortunately" the government's attorney's are Wrong!

The prosecution at no time ever provided me with Susan Bionchi's confessions or sworn statement!
it was my mother who obtained the statement from attorney Mathew Smith after attorney Olin Thomson suspiciously claimed that he was waiting on attorney smith to Fax himthe statement! (After over a Month).
The Statement was dilivered to the United States District Court in Rhode Island in which the court excepted it from my mother!
This was after Judge Martin's discovery order which obligated the government to disclose all known Exculpatory, Impeachment, Materials, in accordance to Jenks Act, Brady, Giglio, and several others.
it is impossible for the government to not know of matters of facts that accured at the state superior court when he indicted in picking up the charges from the state. the government claims that it engaged in essentially open file discovery and provided defense with copy's of agent Mcnamara's grand jury testimony and all the police reports in the case.
if it is to be true that the government provided the so called defense who ever that was with the grand jury testimony of agent Mcnamara's why was I not informed or provided with copy's at any time!
I have been trying to obtain the grand jury transcripts recently and the court is of Notice.

With respect to the Jenks Act and Brady issue's the government states that I did not raise the issue at trial or on appeal, which caused a waiver of Rights to attack on the truth as I now do!

Pursuant to judge Martin's discovery orders the government was under the obligation to disclose all known exculpatory, impeachment, materials known to it and it's agencies.
The government attorney Richard W.Rose failed to comply or meet the court's Orders!

After Judge Martin's order's ordering the government to disclose all know exculpatory impeachment evidence and materials,under obligation, I noticed the absence of Susan Bionchi's Sworn and Adopted Staement in which she conffesed the truth, Not included!
I imediately notified attorney Olin Thomson who claimed that he had no knoledge of such statement. I then wrote to the trial court and brought the fact to the attention of the trial judge who responded to federal affender Olin Thomson as follows:

> "Enclosed is a letter I recieved from Mr.Alberto Rodriguez.I believe it is Self Explanitory!"

This statement of Susan Bionchi conffesing the truth was never disclosed to me or any attorney that represented me by the government as he states in falsely stateing that he had complied with judge Martin's discovery orders! the issue regarding Bionchi's confession was a major issue at the state superior court and was brought to the attention of lawyers and to the federal trial court by the defendant in a letter prior to trial!

However, the attorney's for the government claim I waived my rights to attack on the truth by not raising the issue at trial or on appeal. the government's attorney's further claim that I can not establish good cause as to why the issue was not raised.
I was represented by different attorney's at the federal levil and brought the fact to every one of them including appelate counsel!
I am not responsible for the intimidation of lawyers towards the power of government!

Any lawyer who believes in thier clients innocence,or at the very least represents it's client by truth seeking within the bounds of law would not fail to raise such major issues wile repeatedly being told to by thier client.
I am not the blame for the attorney's misconduct or ineffective assistance!
I rose to speak formyself several times and was ordered not to by the court and the record will prove that!
The representation by the lawyer and prosecutor caused serious prejudice, due procces violations, and injustice!

The government's attorney's falsely state that Bionchi's confession's and sworn statement are false.
had the prosecution truly believed Bionchi's confession's and sworn statement were false, he should have not failed to test the truth in the eyes of the grand jury or jury at trial!

A wrongful conviction and indictment to police misconduct, prosecutorial misconduct, and ineffective assistance by betrayed court appoited cousel is no laughing matter or easy to live with!
it works a grievous irreparable injury to the person suffering to a wrongful indictment and wrongful conviction.
The stigma can never be erased!

I the innocent is suffering to the Evil of prosecutorial misconduct!
please serve justice on the god honest truth!

Respectful and Truthful
Alberto Rodriguez
(IN GOD WE TRUST)

Alberto Rodriguez

DEFENDANTS REPLY BRIEF IN GOVERNMENTS
OBJECTION TO MOTION
PURSUANT TO 2255.

RE: ALBERTO RODRIGUEZ
V.
UNITED STATES OF AMERICA

C.A. No: 07-276S

INEFFECTIVE ASSISTANCE OF COUNSEL.

The United States Supreme Court set forth the two-prong analysis for assessing true facts of ineffective assistance of counsel! The defendant demonstraiting the facts must prove: 1) that his attorney's performance fell below an objective standard of reasonableness. and 2) that he suffered prejudice do to the attorney's unproffessional performance.

In the case at hand the government's attorney's state that it will make additional trial transcripts available to the court should it deem it necessary for its review of the matter.

The government's attorney's also claims in objecting to the defendant's motion, that even if the defendant proves that counsel's performance was unproffessional or objectively unreasonable,he cannot prevail unless he also proves that "there is a reasonable probability that but for counsel's unprofessional errors,the results of the proceedings would have been diferent."

The government's attorney's also add that "the court must not only find that defense counsel's performance was deficient, but that it was so prejudicial as to undermine confidence in the outcome".

## PROVEING FACTS

The government's attorney's in arguing to the appellate court to denie the ineffective assistance of counsel issue, claimed that my chances of success on this challenge of facts would have improved on a latter fileing of a habeas petition pursuant to 28 U.S.C.2255, at which time the record on this issue could be developed further!

The government further argued that the record does not fully reflect the reason's behind attorney Mann's failure to cross-examine Bionchi confession's and sworn adopted statement confessing the truth.

The assistant attorney's for the government went on to say, that attorney Robert Mann should have the oppertunity to give his side of story in any 2255 proceedings defendant Rodriguez may file, and that judgeing Mann's competence on a cold appellate record would be grossly unfair. "the government's attorney's also made it clear, that untill all the facts are known, it is imppossible to say whether the proposed cross-examination of Bionchi would have scored points or backfired!"
Now, in objecting and attempting to terminate my 2255 motion on facts, the government's attorney's falsly state that even if Robert Mann cross-examined Bionchi more fully, the results would have undoughtedly remained the same.

The government's attorney's are not being truthful:
they falsly claim that in light of all the evidence, there is no prejudice.

The failure of attorney Robert Mann in cross-examining the government's witness, who falsly testified under outh for the government after recanting from the truth, is Prejudice!
this is a Violation of defendants rights to cross-examin any witness after direct examination by the prosecution, especially, a witness that confessed the truth to so many different people, recants and commits perjury under oath in the eyes and face of the court and jury !
This is without dought prejudice.

"I never gave up my right to test the truth in court by **Mann not cross-examining** Bionchi on the truth". Mann's dicicion not to cross-examine Bionchi gave the prosecutor Richard W.Rose a tactical advantage to convict without truth seeking!
Had both, Robert Mann and Richard Rose been honest in thier representations in respect to the truth seeking function of the trial proccess,the jury would have been aware of the facts that they were never made aware of, Susan Bionchi's confessions to the truth!

There is a reasonable probability that the results could have and would have changed the outcome of the verdict, and proceedings,had the jury been aware of the truth! the search for the truth was never tested in court or the eyes of the jury!
Bionchi's false direct testimony as well as her admission to the truth set the scope for a truth seeking cross-examination that would have made the jury made aware of what they were never made aware of,
The Truth!

Had attorney Mann not betrayed me,the jury would have had the facts to diliberate with honesty.

The trial record as well as the state superior court proceedings demonstrates the prejudice I suffer!

The truth is attorney Mann's performance fell below an objective standard of reasonableness, and I suffered major prejudice as a result of Robert Mann's deficient unprofessional performance.

for the truth being I Alberto Rodriguez pray and ask the court in the Name of God to Grant justice on the Truth.

Respectful and Truthful
Alberto Rodriguez
(IN GOD WE TRUST)

Alberto Rodriguez

DEFENDANTS REPLY BRIEF IN GOVERNMENTS
OBJECTION TO MOTION
PURSUANT TO 2255.

RE: ALBERTO RODRIGUEZ
V.
UNITED STATES OF AMERICA

C.A. No: 07-276S

POISONED JURY IMPANELMENT

Again, the government's attorney's in stateing that the facts I present to the court are claims is an understatement! the question by a member of the jury pool during jury impanelment regarding my stipulation of a prior criminal record, and specificly asing was it gun related, poisoned the entire jury pool! the question was never answered direct, However, the court explained to the jury pool "that someone who has a misdemeanor offence and is in possession of a firearm can't be charged with this offence that this defendant is charged with. All right? Go ahead." The jurror made himself clear in telling the court "I'm not talking about prior conviction. I'm talking about whether or not there was a weapon involved. We wont find that out until"--

The jurror admitted that if he knew I had a prior conviction for a firearm possession, that it would affect his diliberation. that question with out dought in being unanswered poisoned the mind of the entire jury pool as to repeated criminal conduct, which put the thought of guilt as to the offence I was unfairly tried of by a influenced jury that knew I had violated the Law in the past! make no mistake the entire jury was prejudicial toward me! the trial did not beging till the end of september,is there no dought that perhaps my backround was not looked into as to prior criminal conduct?
the fact that one jurror would be affected in diliberating truthfully because of not knowing of prior criminal record Demonstrates Bias within the entire jury pool and jury! it must be believed that they all felt they should know of what was unknown!
that thought is not easly blanked out, especially when you have 2 to 3 weeks befor judging as a jurror not fully informed of the truth!

The only reason I stipulated to a prior criminal record was do to the fact that I wanted and demanded to take the stand in my own defence as I had the right to! Attorney Mann failed to call me!
He sold me out. why would anyone stipulate to having a criminal record and not take the stand? that only hurts you!
the only reason I stipulated to having a prior criminal record was do to the fact that one'c I took the stand the jury would have known by my own admission to the truth that I had a criminal record!
Attorney Mann in not calling me to testify as I expected only proved what the government's attorney Richard Rose was to prove but did not because Mann did it for him!
"I stipulated to prior record, Not Gun interstate commence"!

In stipulating to prior criminal record and not being called to testify as I requested in my right to, only caused prejudice to me.the government's attorney Richard W.Rose did not prove the three elements of a fellon in possission.
Robert Mann did it for him!

The government's attorney's state that I did not raise this or any other at trial and can'not show good cause as to why it was not raised.
the cause is based on the truth.I was represented by attorney Mann who's performance was so prejudicial to me, that it gave the prosecutor Richard Rose a tactical advantage to convict without testing the truth in respect to the truth seeking function of the trial proccess! I raised this issue as well as all the issue I present to the court on facts at trial!

With respect to the poisoned jury pool the court commented on the Bias of the jurror who's question was never answered in court.
the court stated it was lead to believe the jurror really hasn't any certainty in his ability to put aside his biases, and then dismissed the jurror for cause !!
That should have been the case for the entire jury pool!

The Prejudice, Due Proccess Violation's, Bias,and Injustice, created a Grave Miscarrage of Justice, "Please Serve Justice on the Truth!

Respectful and Truthful
Alberto Rodriguez
(IN GOD WE TRUST)

Alberto Rodriguez

CERTIFICATE OF SERVICE

I Alberto Rodriguez, hereby certify under the penalty of perjury that the foregoing documents DEFENDANTS REPLY BRIEFS IN GOVERNMENT"S OBJECTION TO MOTION PURSUANT TO 2255 was placed into the insttutional legal mailroom on the 23rd day of AUG 2007, and mailed to THE OFFICE OF THE HONORABLE CLERK , UNITED STATES DISTRICT COURTHOUSE, One Exchange Terrace, Providence, R.I. 02903.

Enclosed are the original motion and two copy's.

Respectfully Submitted
Alberto Rodriguez

Alberto Rodriguez