OFFICE OF THE HONORABLE CLERK
UNITED STATES DISTRICT COURT
ONE EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903.

11/19/07/

RE: ADDITIONAL SUPPLEMENTS AND ATTACHMENTS.

CR No. 04-050-S

Dear Clerk.

Enclosed please find and except two very important documents recently released to me from assistant city solicitor Michael A, Calise of the department of law. these documents are relative to my arrest and criminal case.

I ask you to please except these very important documents, along with additional supplements in support of my motion pursuant to 28 U.S.C. 2255, which is under advisement with the court. I am also encloseing the original letter to me from Mr. Calise of the department of law regarding evidence! please except this letter as well.

I have enclosed the following documents;

(1) Additional Supplements Breif (pages 1 to 3)

(2) Letter to me from the department of law (page 1)

(3) Communications NCIC CH 4 - 93517596 (page 1)

(4) Incident Report - Person with a Gun Date/Time: 11/28/03/ 12: 54 AM.

Respectfully Submitted
Alberto Rodriguez
Alberto Rodriguez

"SUPPLEMENTS IN SUPPORT OF TRUTH"
"POLICE MISCONDUCT"

Please except the evidence I provide in addition to the court which further proves the call was dispatched at 0054 and received at 0054, which is consistant with the incident dispatch block listing that I already provided to the court, which was provided to me from the prosecution in the federal levil before I received transcripts GX-2A and GX-2B. However, all these dispatch communications that were never disclosed are inconsistant with transcripts GX-2a and GX-2B which was subpoenod at my request! the incident dispatch block listing was never disclosed or mentioned at trial dispite the fact that I mentioned and brought it the the attention of all the lawyers who took steps in representing me threwout this case! the only Attorney that mentioned the facts of reviewing dispatch communications with me was my sentencing attorney William Dimitri at sentencing.

the time of apprehention listed on transcript GX-2A, along with the testimony of officers petrocchi, kennedy, hames, and moscarelli indicates 0053, and was tested at trial! officer petrocchi testified to putting the call out as indicated on transcript GX-2A with his radio transmissions with the dispatcher! 351 send some cars to Glenbridge! officers Kennedy, Hames, and Moscarelli all testified to hearing this call from petrocchi, and all testified to being on the scene as I was arrested.

the time of apprehention according to transcript GX-2A and thier trial testimony was 0053! Dispatcher: Alright, one in custody Barbara and Glenbridge 0053 you receive?

According to the dispatcher who never testified at trial, and proven on other dispatch communications, this call was received at 0054 and dispatched at 0054, with officer Fallon unit 353 star 8518 being the first officer to receive the call at 0054 and also being the first officer to arrive on scene at 1:05 AM. "Transcript GX-2A However indicates that officer Fallon unit 353 received the call on or before 0053!

Police Officer No. 2: 353 On the way!

the incident dispatch block listing, the recently released Communications NCIC CH 4 93517596 and recently released Incident Report Date/Time: 11/28/03/ 12:54 AM all prove the call was received at 0054 and Dispatched at 0054, with officer Fallon unit 353 being the first officer to receive the call at 00:54 and also being the first officer to arrive on scene at 1:05 AM, followed by Kennedy and Hames unit S5A who received the call at 1:06 AM, then officer Moscarelli unit 354 also receives the call at 1:06 AM, with officer Petrocchi being the last officer to receive the call at 1:07 AM.

Suspiciously, officers Kennedy, Hames, Moscarelli, and Petrocchi have No On scene time! if they all received the call after officer Fallon arrived on scene"what time did they arrive on scene"?

the officers alltestified that I was arrested after a short foot chase in which I was in custody at 0053! if officers petrocchi and moscarelli received the call from the dispatcher Paul Neves at 1:06 AM and 1:07 AM as proven on the dispatch recods, how could they have arrested at 00:53 as transcript GX-2A Indicates?

These documents of dispatch communications relative to transcript GX-2A are inconsistant in times! this call was after the police found Susan Bionchi's Gun where ever they claim to have found it! I have requested the times of Transcripts GX-2A and GX-2B from start till finish from state and fèderal Agencies who are intimidated in releasing the truth! I also requested the very same evidence that will prove the truth from the providence police department and Attorney General Patrick Lynch as brought to my attention by the court! the state attorney general Patrick Lynch totally ignored my request which I requested under the provision of Rhode Island Law!

I received a responce from Mr. Michael A. Calise Assistant City Solicitor, who responded for the providence police department! Mr. Calise stated that all recordings made prior to july 1st, 2004 were recorded utilizing an older recording system, to which the providence police department presently does not have access . However, I was told this information may be accessible in the future,and have been advised and invited to resubmit my request at a later date!

I am being deprived of my liberty to police misconduct, prosecutorial misconduct, and ineffective assistance from metrayed court appointed trial counsel!

I ask the court in prayers, to except all the evidence I provided in revealing the truth, I also ask the court in prayers to please allow me to abtain what is being kept from me in revealing the truth to justice! However, if I am denied certain evidence , I ask the court in the name of justice to see what I cant!

The truth will be in the eyes of Justice!

I AM INNOCENT!

Respectfully Submitted

Alberto Rodriguez

Alberto Rodriguez

CERTIFICATE OF SERVICE

I Alberto Rodriguez, hereby certify under the penalty of perjury that the foregoing ADDITIONAL SUPPLEMENTS AND ATTACHMENTS was placed into the institutional legal mailroom on the 19th day of NOVEMBER 2007 and mailed to the OFFICE OF THE HONORABLE CLERK FOR THE DISTRICT OF RHODE ISLAND.

Respectfully Submitted
Alberto Rodriguez

Alberto Rodriguez