**JOSEPH M. FERNANDEZ**
**City Solicitor**

**DAVID N. CICILLINE**
**Mayor**

## Department of Law

November 1, 2007

Mr. Alberto Rodriguez
Reg #05448-070
Federal Correctional Institution
P.O. Box 1000
Otisville, New York 10963

Dear Mr. Rodriguez:

I am writing in response to your letter dated September 25, 2007, a copy of which is enclosed, and in which you requested certain documents and materials. Providence Police Department ("PPD") personnel assisted in determining which materials are in the PPD's possession and in the compilation of these records, which I enclose. Without waiving any objections to your requests or the production of the materials sought, materials are provided herewith, as detailed below.

With regard to your request numbered (1), all recordings made prior to July 1, 2004 were recorded utilizing an older recording system, to which PPD presently does not have access. This information may be accessible in the future, and I invite you to resubmit your request at a later date. I do enclose the relevant log.

With regard to your request numbered (2), while there may have been a written transcript matching the description you provided, it no longer is in the PPD's possession.

There are no records responsive to your request numbered (3).

There are no records responsive to your request numbered (4), though I do provide documents which relate to your firearm and your fingerprints.

There are no records responsive to your request numbered (5).

Very truly yours,

Michael A. Calise
Assistant City Solicitor

cc: Joseph M. Fernandez, City Solicitor

**275 Westminster Street, Suite 200 • Providence, Rhode Island 02903-1845**

**(401) 421-7740 (Voice) • (401) 751-0203 (TDD) • (401) 351-7596 (Facsimile)**