Dear Clerk. 3/13/08

Enclosed please find and except a 2 page hand written Affidavit of Bias from me To The Court, in Support of Removing, and or Excusing; Trial Judge william E Smith from entering Judgment on my motion pursuant To 28 USC 2255, which is under advisement befor The Judge who SaT Dull in mind, as he procided over my Trial, as I was wrongly Convicted!

please forward my affidaviT To Senior Judge Torres To make Judgment on Removing or Excusing Judge william E. Smith from entering Judgment on my Petition pursuant To 28 USC 2255 of facts.

thank you

Respectfully Submitted

Alberto Rodriguez

RECEIVED
MAR 21 2008
Property of U.S. District Court
District of Rhode Island

# AFFIDAVIT OF BIAS

3/13/08

RE: ALBERTO RODRIGUEZ
v.
UNITED STATES OF AMERICA

CASE: 1:07cv276

I Alberto Rodriguez hereby respectfully Ask The Honorable Court in prayer To Remove and or Excuse Judge William E. Smith from Judging my petition pursuant To 28 USC 2255 which is under Advisement.

The Trial Judge William E. Smith Has ignored many of my letters of major Importants relative To my petition, and Never answers anything I provide The Court with, unless, and only, when another Judge To whom I write To fowards my letters To Him.
This is The only Time The Trial Judge will respond To my letters of Importants.

Most recently I was not advised by The Court or anyone of Time in which I had To file a reply brief in Support of my motion pursuant To 28 USC 2255, when The U.S. ATTorney objected To my motion and Asked That iT be Dismissed.

There are also other Bias Tactics Committed by The Trial Judge in which Bias is Clearly Demonstated by The Trial Judge.

I will provide Any and all information and or Evidence To prove Such Bias if Necessary.

I respectfully Ask the Honorable Court in The Name of Justice, and in prayer, To Remove or Excuse Judge william E Smith from judging my motion pursuant To 28 USC 2255 which is befor The Court on facts.

The Court of Appeals for The first Circuit has held That a Judge other Than The Trial Judge should Rule on The 2255 motion. See Holliday v United States, 380 F2d 270 (1st Cir 1967)

Respectfully Submitted

Alberto Rodriguez

# CERTIFICATE OF SERVICE

I Alberto Rodriguez hereby Certify under the penalty of perjury that the foregoing AFFIDAVIT OF BIAS was placed into the institutional legal mailroom on the 13th day of MARCH 2008 and mailed to the OFFICE OF THE HONORABLE CLERK FOR THE DISTRICT OF RHODE ISLAND one Exchange Terrace providence R.I. 02903.

Respectfully Submitted

Alberto Rodriguez