3/27/08

RE: ALBERTO RODRIGUEZ

v. C.A. No: 07-276S

UNITED STATES OF AMERICA

Dear Honorable Clerk.

Enclosed Please find and except a Very important letter from me, To The Court, along with 3 Pages of The Providence Police DePartment offense report.

Please except my letter of information, with These attachments, in Support of my motion Pursuant To 28 U.S.C. 2255, in respect of Proving and Demonstrating Police misconduct.

Thank you.

Respectfully Submitted

Alberto Rodriguez

3/27/08/

Please except my letter of information, along with 3 Pages of The Providence Police Department offense report, in respect To my motion Pursuant To 28 U.S.C. 2255, in respect, To Proving and Demonstrating Police misconduct.

According To Scott PeTrocchi's witness STatement, and The Providence Police Department offense report, B.C.I. was called To The Scene. Car 350 (SgT. Vinacco) and Car 200 (CapT. Tarlian) arrived on Scene. According To both, PeTrocchi's STatement and, The Providence Police Department offence report, The firearm was Seized by DeTecTive Renzi.

DeTecTive Renzi's Trial TesTimony was ThaT he arrived on Scene and was led To The location of The firearm!
he also TesTified ThaT he did an eyeball inspecTion aT both locaTions, on Scene, and aT The Police STaTion and Saw No fingerprints on iether of The iTems, which was The No Need reason, as he TesTified, To NoT fingerprinT The firearm or Sunglasses!

I remember Clearly, NoT DeTecTive Renzi, buT SgT. Vinacco, or CapT. Tarlian had The firearm and Sunglasses in a Clear bag! This was afTer The fingerprinTing Process was CompleTed, and afTer I was Taken ouT of The Police Cruiser, Accused of wearing Gloves as Police Searched my Person and Police Car!

3/27/08

The officer (SgT. or CapT.) That had The firearm and Sunglasses in The Clear bag after Completing The fingerprinting Process, were Thick glased glasses with Black framing! iT was NOT DeT. Renzi!

This was The Same officer That saT in Silence in a inTerview aT The Police STaTion, where I was QuesTioned by DeTecTives about firearm, and asked To give a wriTTen STaTemenT as To who The Gun Belonged To! I was also advised by DeTecTives That The firearm was going To be fingerprinTed again!

I ask why, was SgT. Vinacco and CapT. Tarlian NoT Subpeened To TesTify aT Trial as DeTecTive Renzi was?
This firearm was fingerprinTed on Scene!

I have wriTTen To The Residence of 137 Glenbridge and 139 Glenbridge Avenue in Search of Revealing The Truth!
I specificly asked if any of Them Themselfs, or any Naighbors who STood on There Porches remember This finger printing Process That Took Place with big brighT SPoT LighTs!

Please excepT my leTTer, Along with The offence reporT in my Pursue of The Truth!

I assure The CourT That if I am assisTed with honesTy, or beTTer yeT Provided with The informaTion and Evidence That I requesTed PursuanT To TiTle 5 552, The F.O.I.A./P.A. 5 USC. 552 a. The Truth will be Revealed, I have been wrongly ConvicTed To Police misconducT, ProsecuTorial misconducT, and Ineffective AssisTance of Counsel!

Respectfully SubmiTTed

Plees HelP Me I am InnocenT

Alberto Rodriguez

# CERTIFICATE OF SERVICE

I Alberto Rodriguez, hereby Certify under The Penalty of Perjury That The foregoing LETTER OF INFORMATION IN SUPPORT OF PROVING POLICE MISCONDUCT. Accompanied with 3 PAGES OF THE PROVIDENCE POLICE DEPARTMENT OFFENCE REPORT was Placed into The institutional Legal mailroom on The 27Th day of march 2008 and mailed To The OFFICE OF THE HONORABLE CLERK FOR THE DISTRICT OF RHODE ISLAND one Exchange Terrace providence, R.I. 02903

Respectfully Submitted

Alberto Rodriguez

FILED