Case No. . . . : 1-03-170948
Occur From Date: 11/28/03 0:54 Occur To Date : 11/28/03 0:54
Day Of Week . : Friday Report Date . : 11/28/03 0:54
Call Class . . : Man with a Gun Case Status . : Cleared by Arrest
Location Type : Highway/Road/Alley
Street Name . : GLENBRIDGE AV / BARBARA
City . . . . . : PROVIDENCE, RI 02903
Map Reference : 54 Post of Occur. : 54
District . . . : 5 Report Officer : [redacted]
Supervisory Ofc: [redacted]

******************** O F F E N S E R E P O R T # 1 ********************
Classification : Weapon Law Violations Summary Class : Other Criminal Offenses
Attmpt/Committ : Completed Location Type : Highway/Road/Alley
Weapon Type . : A - Handgun Automatic Crim Activity : None/Unknown
UCR Disposition: Cleared by Arrest - Adult
Except. Date . : 11/28/03 Arrest Case No.: 1-03-170948

******************** O F F E N S E R E P O R T # 2 ********************
Classification : Arrest Warrant (Not Capias/Bench)
Summary Class : Other Criminal Offenses
Attmpt/Committ : Completed Location Type : Highway/Road/Alley
Weapon Type . : A - Handgun Automatic Crim Activity : None/Unknown
UCR Disposition: Cleared by Arrest - Adult
Except. Date . : 11/28/03 Arrest Case No.: 1-03-170948

********* P R O P E R T Y I N F O R M A T I O N # 1 ********************
Description . : GLOCK FIRAEM UCR Prop Type : Firearms
Property type : Weapon Category . . . : Seized
Value . . . . . : 500.00 Make . . . . . : GLOCK
Model . . . . . : 40 Color . . . . . : BLACK
Quantity/weight: 1 Serial number : BUX 331

********* V E H I C L E I N F O R M A T I O N # 1 ********************

********* P E R S O N R E P O R T I N G I N F O - # 1 *********
Business Name : PROVIDENCE POLICE
Street Number : 325 STREET
City . . . . . : PROVIDENCE, RI
Phone Number . : 401/000-0000 Fax Number . . : 401/000-0000

************* S U S P E C T / A R R E S T E E I N F O R M A T I O N - # 1 **
Name . . . . . : RODRIGUEZ, ALBERTO Birth Date . . : [redacted]
Maximum Age . : 36
Birth Country : United States of America
Race . . . . . : White Sex . . . . . . : Male
Ethnic Origin : Hispanic Origin
Street Number : 27 HAWKINS ST
City . . . . . : PROVIDENCE, RI
Social Security: [redacted] Minimum Height : 59
Residency . . : Resident of Providence

**************************** N A R R A T I V E # 1 ****************************

b2, b6, b7c 43

Case No. . . . : 1-03-170948 (Continued)
Original Report Reported By: [redacted] 11/28/03
Entered By.: 11/28/03

On November 28, 2003 at 0040 hours Patrolman [redacted] observed Rhode Island registration [redacted] operating on Fairfield Avenue. Patrolman [redacted] stated to Ptlm. [redacted] that the vehicle was wanted in regards to a shooting earlier in the week on Cleveland Street. The auto traveled onto Glenbridge Avenue without using its turn signal.

Patrolman [redacted] attempted to halt the vehicle on Glenbridge Avenue. The vehicle continued to travel on Glenbridge Avenue left to center at a high rate of speed disregarding Patrolman [redacted] lights and siren. Patrolman [redacted] pulled in front of the auto and stopped it in front of [redacted] Glenbridge Avenue. At which time the passenger of the auto fled from the vehicle. Patrolman [redacted] exited his police cruiser and pursued him on foot. At this time Patrolman [redacted] observed the Hispanic male holding a firearm.

The subject later identified as Alberto Rodriguez d.o.b of 11/06/67 was apprehended by Patrolman [redacted] and [redacted] at the corners of Barbara and Glenbridge after a violent struggle. Patrolman [redacted] located a firearm in the rear of [redacted] Glenbridge Avenue and called B.C. I to the scene. Car 350 Sgt. [redacted] along with Car 200 Captain [redacted] arrived on scene. The operator of [redacted] was identified as [redacted] d.d.o.b of [redacted] Alberto Rodriguez was run NCIC/local and came back with a active warrant out of Superior Court for parole violation, date of warrant 11/14/2003. The firearm was a Glock .40 caliber handgun with ten rounds in the magazine. Serial number BUX 331 which was negative stolen or wanted at this time. The firearm was seized by Detective [redacted], B.C. I Bureau. Rodriguez was turned over to the Detective Bureau for further investigation. Rodriguez sustained a small laceration to the top of his forehead due him fighting with police. Rodriguez was treated at Roger Williams Hospital and taken back to the cell block by Patrolman [redacted] Patrolman [redacted] injured his [redacted] during this apprehension and was treated and released from Roger Williams Hospital. The auto was towed by Branch towing. [redacted] was turned over to the Detective Bureau for investigation. She was issued summons number 01 409 060901 for operating left to center and turn signal required.

***************************** N A R R A T I V E # 2 *****************************

DETECTIVE SUPPLEMENT Reported By: [redacted] 11/28/03
Entered By.: 11/28/03

Alberto Rodriguez ([redacted]) was turned over to the detective bureau where he was B/C with 11-47-8, carrying a pistol w/out a license, and 11-47-5, possession of a firearam after conviction of crime of violence. He was also B/C on active State parole borad detention warrant. He was held for the next session of 6th district court.

***************************** N A R R A T I V E # 3 *****************************

b2, b6, b7C

44

Case No. . . . . : 1-03-170948 (Continued)
DETECTIVE SUPPLEMENT Reported By: [redacted] 11/28/03
Entered By.: 11/28/03

After interviewing Ptlm., [redacted] the Alberto Rodriguez subject was also charged with 1 count of Resisting Arrest.

* * * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *

b2, b6, b7C