UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE: ALBERTO RODRIGUEZ,
PLAINTIFF-APPELLANT,

v.

UNITED STATES,
DEFENDANT-APPELLEE.

~~No. 08-8024~~
CA 07-276

PRO SE DEFENDANTS REPLY BREIFS TO
GOVERNMENTS CONSOLIDATED RESPONSE TO DEFENDANTS MOTION FOR RECUSAL OF BIAS TRIAL JUDGE AND DISCLOSURE OF FEDERAL GRAND JURY TRANSCRIPTS NO. 04-050-S.

On 8/2/06/, the court of appeals for the first circuit affirmed defendant Alberto Rodriguez's Wrongful Conviction!
the court of appeals did not enter judgment im respect to ineffective assistants of trial counsel.

On 7/24/07/ pro se defendant Alberto Rodriguez filed a collatoral attack pursuant to 28 USC 2255, demonstrating and proving facts in the district of Rhode Island. (Providence, R.I.)

On or about 8/13/07/ the government and it's assistant attorneys filed a response to the defendants petition asking the trial court to dismiss the petition, do to the issue's raised, not being raised on direct appeal. the government and it's assistant attorneys also asked the district court to not judge ineffective assistants of counsel.

In respect to pro se defendant Alberto Rodriguez's Affidavit of Bias, the government and it's attprneys state that the defenadants allegations of bias are unsupported. the government goes on to say that defendant does not allege what the judge said regarding the portrait.
In the affidavit of bias that the defenadant filed in the appellate court the defendant specifically made the appeals court aware of the fact that during trial, and off record, the trial judge had a discussion with the jury of a picture on the wall, of a judge that passed away!
the defendant truthfully further adds that the discussion was also in respect of the judges lenghth in service as justice judge, and the fact that the judge was missed dearly and will allways be remembered!
it is true that the record is silent in respect of the fact that transpired at trial off record of judge and jury, However, the prociding judge may use his very own recollection as justice requires to admit the truth, the facts.

In regards of the governments comments of unspecified letters, defendant has written to the trial judge on many accassions of major importance relative to defendants pursue of truth and justice and received no response what so ever, unless, and only, when defendant rewrites to judge Torres, Lisi, or Martin, then, will the trial judge answer corespondance of importants!

In regards of the governments response of defendant not being advised in his right to appeal, the government demonstrates pure ignorance in stating it is unclear what he is alleging here, I specifically mention the fact that the trial judge never gave me notice or advised me in my right to appeal his decision in denying the disclosure of times of governments fabricated exhibits transcripts gx-2a and gx-2b, and motion for disclosure of grand jury transcripts, or in denying recusal motion!

In regards of the governments response of the trial judge mishandling a question from a prospective jurur during impanelment, the government again shows ignorance in the fact that the answer infected the mind of the intire jury pool when the court in frustration, after avoiding question, answered; that a person with a misdemenor offense could not be charged with the offense that this defendant is charged with o.k.

Finally, the government attempts to mislead the court in stating that I accuse the trial judge of condoning perjury!
I specificly mentioned the fact that the trial judge knew prior to trial of many confessions admitted by the person who truly possessed the firearm the police framed me of possessing on the night of 11/28/03/.
I brought the fact to the attention of the trial judge prior to trial in a letter, to which the trial judge responded by writing to my then attorney Olin Thomson who after withdrew, in a letter stateing; Enclosed is a communication I received from Mr. Alberto Rodriguez, I beleive it is self explanitory!

"PRO SE DEFENDANTS REPLY BREIF TO GOVERNMENTS RESPONSE TO GRAND JURY TRANSCRIPTS

before and since the filing of petition, pro_se defendant Alberto Rodriguez seeked the disclosure of grand jury transcripts as well as other evidence in support of demonstrateing and proving prosecutorial misconduct!
in respect to grand jury transcripts, defendant Alberto Rodriguez wrote to the trial judge and was totally ignored! defendant then rewrote the same letter to cheif judge Lisi, do to the fact that the trial judge did not respond at all. however, after defendant wrote to cheif judge lisi who forwarded the letter to the trial judge, only then, did defendant receive a response from the trial judge!

Since the filing of the petition, pro se defendant Alberto Rodriguez filed several aditional breifs as well as supplemental breifs accompanied with attachments and evidence in support of the truth.

The government and it's assistant attorneys are not and have not been truthful, and further attempted to deceive the appellate court in falsly stating in it's response that Rodriguez has not explained the potential relevance of the transcripts, much less satisfied the demanding showing that is required to justify the release of grand jury materials.
I have enclosed a copy of the letter that I wrote to judge smith, in which he totally ignored, which was the reason I retyped it and sent to cheif judge Lisi!
enclosed is also a copy of a letter to me from the chief judge in which the cheif judge advises me that she forwarded my letter to the trial judge!
after the cheif judge brought the fact to the trial judge's attention, only then,did the trial judge respond to my letters of major importants, as he does when other judge's to whom I must write to,do to his ignorance, forward my letters to him as well!
Furthermore; the government has lied on many differant accations!
"specifically" it has stated that it has provided defense counsel with copys of agent Mcnamara's grand jury testimony transcripts!
See governments objection to defendants 2255 motion, page 14, prosecutorial misconduct! the prosecuting team also lied to the court of appeals during defendants direct appeal in case No 04-050-S U.S. v. RODRIGUEZ,in stating defendants sister was in the car on the night of 11/28/03/, and could not hold the bag do to issues with D.C.Y.F.
See government appelle, United States Briefs Page 29, dated 10/26/05/!

Any justice, judge, or magistrate (magistrate judge) of the united states shall disqualify him or herself in any proceedings in which his or her impartiality might reasonablly be questioned!
He or She shall also disqualify themselves in the following circumstances:

Where the judge has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceedings. "proceedings" includes pretrial, trial, appellate review, or other stages of litigations!

Recusal statute, 28 USCS 455(a) and (b) require mandatory disqualification of trial judge in any proceedings in which his or her impartiality might reasonably be questioned or where he or she has personal bias or prejudice concerning party!

Recusal Statute is meant to protect human beings from biased and prejudiced judges who abuse their power!

The court of appeals for the first circuit has held that a judge other than the trial judge should rule on the defendants 2255 motion!

In U.S. v. Rodriguez CR No 04-050-S, the defendant has suffered major prejudice even at the state superior court where the defendant was prepaired to proceed to a violation hearing and trial, before the federal prosecutor wrongly indicted, and wrongly convicted at federal trial without truth seeking!

For the truth being. I ask the honorable appellate court in prayers to grant the disclosure of grand jury transcripts in full, and to recuse the trial judge from judging defendants 2255 motion!
I also ask the court in the Name of Justice to please look into the facts of prosecutorial misconduct, in order to avoid the district of Rhode Island from creating a bigger miscarage of justice!

I AM INNOCENT.

RESPECTFUL AND TRUTHFUL
ALBERTO RODRIGUEZ
(IN GOD WE TRUST)

Alberto Rodriguez

CERTIFICATE OF SERVICE

I Alberto Rodriguez, hereby certify under the penalty of perjury that the foregoing DEFENDANTS REPLY BREIFS TO GOVERNMENTS RESPONSE TO DEFENDANTS MOTIONS FOR RECUSAL OF BIAS TRIAL JUDGE, AND DISCLOSURE OF FEDERAL GRAND JURY TRANSCRIPTS CR NO. 04-050-S ACCOMPANEID WITH ATTACHMENTS IN SUPPORT OF TRUTH, was placed into the institutional legal mailroom on the 5th day of may 2008, and mailed to the OFFICE OF THE HONORABLE CLERK FOR THE DISTRICT OF RHODE ISLAND One Exchange Terrace, Providence R.I. 02903. a copy of the exact defendants reply breifs was also mailed to the UNITED STATES ATTORNEYS OFFICE 50 kennedy plaza 8th floor, Providence, R.I. 02903.

Respectfully Submitted
Alberto Rodriguez

Alberto Rodriguez