# MOTION TO REQUIRE GOVERNMENT TO REVEAL ANY GRANTING OF IMMUNITY TO RECANTED DEFENSE WITNESS THAT CONCEIVABLY INFLUENCED SAID WITNESS TO TESTIFY FALSLY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND
ONE EXCHANGE TERRACE
PROVIDENCE, RHODE ISLAND 02903.

CR NO. ~~04-050-S~~ CA07-276S
IN THE. DISTRICT OF RHODE ISLAND
CITY, STATE. PROVIDENCE, RHODE ISLAND

IN RE: ALBERTO RODRIGUEZ
PLAINTIFF - APPELLANT,

v.

UNITED STATES OF AMERICA
DEFENDANT - APPELLEE.

comes now PRO SE defendant Alberto Rodriguez, and moves the honorable court for the district of Rhode Island to issue an order requiring the government to reveal any agreements of immunity entered into between the state court, and or state and federal prosecutors that conceivably influenced recanted defense witness [redacted], who testified falsely under oath at trial, while on direct examination for the assistant attorney Richard W. Rose on the following grounds:

(1) that the witness [redacted] confessed the truth of the facts to many members of the justice system, state and federal, and prior to the governments wrongful indictment, said witness was present in the state superior court surrendering in respect of the truth, as ordered to do by judge Susan Mcguirl.

(2) that the recanted defense witness who falsely testified at trial had several outstanding warrants for her arrest in state court, after the government wrongly indicted me, and was arrested by the federal marshalls for failing to appear in federal court under subpoena by defendant, and was held at the womans prison A.C.I. per order of magistrate judge Martin.

(3) that the recanted defense witness after, and while being held in prison was interviewed by betrayed court appointed counsel Robert Mann and the prosecutor Richard Rose before her perjurouse direct examination posed upon by attorney Rose, and was released after testifying falsly without being held to answer to the statecourt in respect of the arrest warrants issued by the court, and the fact that she had conffesed the truth to state and federal members of the justice system.

(4) that the government failed to notify defendant, court, and most important the jury, who was totally blind in respect of the circumstances in which [redacted] recanted from the truth and testified for the prosecutor Richard Rose as she did in denying the truth; committing perjury.

(5) that a refusal to reveal any fayvors and or granting of immunity or deals between state court, and or state and federal prosecutors constitutes due process violations of the fourthteenth amendment of the federal and state constitution.

FOR THE TRUTH being I Alberto Rodriguez, ask the honorable court in PRAYERS, and in the name of JUSTICE, to grant the motion in TRUTH SEEKING.

RESPECTFULLY SUBMITTED

ALBERTO RODRIGUEZ
P.O. BOX 1000
OTISVILLE NY 10963
F.C.I.

Alberto Rodriguez

CERTIFICATE OF SERVICE

I Alberto Rodriguez hereby certify under the penalty of perjury that the original MOTION TO REQUIRE GOVERNMENT TO REVEAL ANY GRANTING OF IMMUNITY TO RECANTED DEFENSE WITNESS, accompanied with a copy of a letter from defendant to trial judge smith, and letter from defendant to chief judge, was placed into the institutions legal mailroom on the 25th day of MAY 2008 and mailed to the HONORABLE CHIEF JUDGE OF THE DISTRICT OF RHODE ISLAND MARY M. LISI. One Exchange Terrace, Providence R.I. 02903.
a copy of the exact motion and letter to trial judge smith was also mailed to the UNITED STATES ATTORNEY 50 kennedy plaza, 8th floor, providence R.I. 02903, and also to the OFFICE OF THE HONORABLE CLERK FOR THE DISTRICT OF RHODE ISLAND, One Exchange Terrace, Providence, R.I. 02903.

RESPECTFULLY SUBMITTED
ALBERTO RODRIGUEZ

Alberto Rodriguez