IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ | ) | |
| | ) | |
| vs. | ) | CA. No. 07-276-S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

NOTICE OF APPEARANCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Richard W. Rose, Assistant U.S. Attorney, and files this Notice of Appearance in the case entitled, Alberto Rodriguez v. United States, CA 07-276-S. Assistant United States Attorney Adi Goldstein, who was temporarily assigned to this case, is being withdrawn.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard W. Rose

RICHARD W. ROSE
Assistant U.S. Attorney
RI Bar #4522
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:richard.rose@usdoj.gov

CERTIFICATE OF SERVICE

On this 24TH day of June, 2008, I caused the Notice of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Alberto Rodriguez
Reg No. 05448-070
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

/s/Richard W. Rose
RICHARD W. ROSE
Assistant U.S. Attorney
RI Bar #4522
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email:richard.rose@usdoj.gov