UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ<br><br>v.<br><br>UNITED STATES OF AMERICA | : | C.A. No. 07-276-S |

**CORRECTED ORDER**

Alberto Rodriguez has filed a Motion To Vacate Sentence pursuant to 28 U.S.C. § 2255. In his § 2255 motion Rodríguez raises several claims, one of which asserts that his trial counsel rendered ineffective assistance in failing to cross-examine a Government witness, Susan Bianchi, at trial.

After reviewing the papers and records pertaining to the instant motion to vacate, this Court has determined that an evidentiary hearing is in order on the above-mentioned claim.

Accordingly, this Court hereby ORDERS as follows:

1. that an evidentiary hearing be held in this matter on August 6, 2008 at 9:30 a.m. in Courtroom 2;
2. that the hearing shall concern the aforementioned ineffective assistance counsel claim, including but not limited to the factors mentioned by the Court of Appeals in its decision affirming Rodriguez's conviction, see United States v. Rodríguez, 457 F.3d 109, 117-118 (1st Cir. 2006) (copy attached).

3. that counsel shall be appointed to represent Rodriguez at this hearing.

4. that Rodriguez and the Government may each file a pre-hearing memorandum on the above issue. Any pre-hearing memorandum shall be filed no later than seven (7) days prior to the hearing.

5. that in their respective pre-hearing memoranda Rodriguez and the Government may indicate any additional claim or matter <u>related to the instant motion to vacate</u> which they seek to raise at the evidentiary hearing in this Court's discretion. This Court shall make the final decision as to whether any such additional matter shall be heard at the hearing.

IT IS SO ORDERED:

Deputy Clerk

William E. Smith
United States District Judge
Date: 6/24/08