UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RE: ALBERTO RODRIGUEZ
PLAINTIFF - APPELLANT,

v. CASE NO. 07-276S.

UNITED STATES OF AMERICA
DEFENDANT - APPELLEE.

"MOTION FOR RELEASE ON PERSONAL RECOGNIZANCE"

TITLE VI. AND SECTION 2255 PROCEEDINGS.
RELEASE PENDING REVIEW PURSUANT TO RULE 23 (b)-(3) AND (c) OF 2255.

defendant ALBERTO RODRIGUEZ moves the honorable district court for release on his recognizance. defendant was tried and wrongly convicted by jury of being a felon in posession of a firearm.

AS GROUNDS FOR THIS MOTION, DEFENDANT ALBERTO RODRIGUEZ STATES:

(1) that the defendant has been wrongly convicted at trial by jury do to police misconduct and perjurous testimony; prosecutorial misconduct, and ineffective assistance by trial counsel.

(2) that the defendant if discharged pending review of the matter befor the court will truthfully investigate witnesses in revealing police misconduct to justice.

(3) that the defendant will only investigate witnesses and matters in revealing the truth to justice in respect of seeking justice on the truth.

(4) that the defendant needs to thouroly interview citicens, investigators, as well as members of the justice system in order to reveal the truth to justice.

(5) that the defendant if granted release on his own recognizance will keep the peace and abid by all laws and court orders.

(6) that the defendant is presently in a good state of phisical health, has never suffered from mental illness, and does not use narcotic drugs.

(7) that the defendant has trw children one of which is in the care of the defendants mother.

(8) that the defendant will sole support his family and those dependent upon him.

(9) that the defendant is an american citicen and has lived in the city and state of providence Rhode Island for over 30 years and under no circumstances will attempt to flee.

(10) that the defendant will not leave the state of Rhode Island under any circumstances.

WHEREFORE, the defendant request in prayers that the honorable court release him in the name of justice on his own recognizance.

DATE SUBMITTED 6/29/08/

SIGNATURE DEFENDANT

Alberto Rodriguez

CERTIFICATE OF SERVICE

I ALBERTO RODRIGUEZ hereby certify under the penalty of perjury that the forgoing MOTION FOR RELEASE ON PERSONAL RECOGNIZANCE was placed into the institutional legal mailroom on the 29th day of JUNE 2008 and mailed to the OFFICE OF THE HONORABLE CLERK one exchange terrace, providence R.I. 02903.
a copy of the exact motion was also mailed to the OFFICE OF THE UNITED STATES ATTORNEY 50 kennedy plaza 8th foor, providence R.I.02903.
a copy was also mailed to the honorable William E. Smith. one exchange terrace, providence, R.I. 02903.

RESPECTFULLY SUBMITTED

Alberto Rodriguez