# CERTIFICATE OF SERVICE

I ALBERTO RODRIGUEZ, hereby certify under the penalty of perjury that the foregoing memorandums in support of the defendants instant motion to vacate wronful conviction was placed into the institutions legal mail system on the 7th day of JULY 2008 and mailed to the HONORABLE JUDGE WILLIAM E. SMITH one exchange terrace, providence, R.I. 02903. UNITED STATES DISTRICT COURTHOUSE.

RESPECTFULLY SUBMITTED
ALBERTO RODRIGUEZ

Alberto Rodriguez