UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RE: ALBERTO RODRIGUEZ PLAINTIFF - APPELLANT,

v.

7/29/08/

C.A. No.07-276-S.

UNITED STATES OF AMERICA
DEFENDANT - APPELLEE.

FEDERAL HABEAS CORPUS SECTION 2255
DISCOVERY REQUEST

FED.R.CRIM.P. 16(a)(1) (as amended, effective Dec. 1, 2002) ("[u]pon a defendants request, " government must give defendant access to specified materials).

now comes defendant Alberto Rodriguez, and respectfully request that the honorable court enter an order to mandate the government to disclose the following specified materials pursuant to FED.R.CRIM.P. 16(a)(1)(as amended, effective Dec. 1, 2002).

(1) Full release of recording details, and times, of governments exhibits transcripts GX-2A and GX-2B, from begining till end.

(2) Full release of recording details, and times, of the providence public safety incident dispatch detail report of 11/28/03/, RD # : PR 03-170948 from begining till end (Dispatcher - Paul Neves).

(3) Full release of recording details, and times, of police cruisers recording system that defendant was placed into, with sound voices of defedant and police (Arrest of 11/28/03/) RD # : PR 03-170948.

(4) Full release of violation hearing transcripts of (STATE) superior court proceedings of 11/28/03/ till 3/25/04/.

(5) Full release of federal grand jury transcripts of CR.No. 04-050-S.

(6) Full release of Fingerprinting information.

Respectfully Submitted
Alberto Rodriguez
Alberto Rodriguez

CERTIFICATE OF SERVICE

I Alberto Rodriguez, hereby certify under the penalty of perjury that the foregoing Discovery Request Accompanied with a Affidavit in support of said discovery request was placed into the legal mail system on the 29th day of JULY 2008 and mailed to the Honorable Judge William E. Smith One Exchange Terrace, Providence, R.I. 02903.

Respectfully Submitted
Alberto Rodriguez

Alberto Rodriguez