UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RE: ALBERTO RODRIGUEZ PLAINTIFF - APPELLANT,

v.

UNITED STATES OF AMERICA
DEFENDANT - APPELLEE.

7/29/08/

C.A. No.07-276-S.

AFFIDAVIT IN SUPPORT
OF
DEFENDANTS DISCOVERY REQUEST

I Alberto Rodriguez, state the following under the penalty of perjury.

I Alberto Rodriguez swear that the specified materials requested pursuant to FED.R.CRIM.P. 16(a)(1) is of my own case and of no other person or persons.

I further state that the specified materials requested are in respect of truth seeking, in order to reveal the truth to justice in an upcoming evidentiary hearing pursuant to 28 U.S.C. 2255.

In respect of the specified materials requested, I state that the specified materials requested, if disclosed of with honesty, and true, will prove and demonstrate police misconduct and perjurous testimony at trial, and injustice imposed upon me.

I further swear under the penalty of perjury that the specified materials requested will prove and demonstrate that defendant Alberto Rodriguez is entitled to relief.

WHERE AS; Defendant Alberto Rodriguez respectfully ask the honorable court in the name of justice and in prayers to grant an order and mandate the government to disclose the requested specified materials as requested. (The Truth Will Be Revealed).

Respectfully Submitted
Alberto Rodriguez

Alberto Rodriguez

CERTIFICATE OF SERVICE

I Alberto Rodriguez, hereby certify under the penalty of perjury that the foregoing Discovery Request accompanied with a Affidavit in support of said discovery request was placed into the institutions legal mail system on the 29th day of JULY 2008, and mailed to the Office of the Honorable Clerk For the District of Rhode Island , One Exchange Terrace, Providence, R.I.02903. a copy of the exact discovery request and affidavit was also mailed to the Office of The United States Attorney 50 Kennedy Plaza, 8th, Floor, Providence, Rhode Island 02903, and also to the Honorable Judge William E. Smith One Exchange Terrace, Providence, Rhode Island 02903.

Respectfully Submitted
Alberto Rodriguez

Alberto Rodriguez