UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RE: ALBERTO RODRIGUEZ PLAINTIFF - APPELLANT,

v. C.A. No.07-276-S.

8/8/08/

UNITED STATES OF AMERICA
DEFENDANT - APPELLEE.

TITLE VI. AND SECTION 2255 PROCEEDINGS.
RELEASE PURSUANT TO RULE 23(b)(3) and (c) OF HABEAS CORPUS SECTION 2255.

"MOTION FOR RELEASE ON PERSONAL RECOGNIZANCE"

Defendant ALBERTO RODRIGUEZ, moves the honorable district court for release on his own recognizance.
defendant was tried and wrongly convicted at trial by jury of being a felon in possession of a firearm.

"AS GROUNDS FOR THIS MOTION DEFENDANT ALBERTO RODRIGUEZ HONESTLY STATES"

(1) that the defendant Alberto Rodriguez, has been wrongly convicted at trial by jury do to police misconduct and perjurouse testimony, prosecutorial misconduct, and ineffective assistance by betrayed court appointed trial counsel.

(2) that the defendant, if discharged on his own recognizance, pending review of the matter before the court, will truthfully investigate witnesses in revealing police misconduct to justice.

(3) that the defendant if released on his own recognizance pending review of the matter, will only investigate witness and matters in revealing the truth to justice, in respect of seeking justice on the truth.

(4) that the defendant needs to interview citizens, investigators. as well as members of the justice system in order to reveal the truth to justice.

(5) that the defendant if granted release on personal recognizance will keep the peace and abid by all laws and court orders.

(6) that the defendant in seeking release on his own recognizance is avoiding the suffering of further prejudice in further delays.

(7) that the defendant is in a good state of phisical health, has never suffered from mental illness, and does not use narcotic drugs.

(8) that the defendant has two children, one of which is in the care of the defendants mother, and the defndant will sole support his family and those dependent upon him.

(9) that the defendant is an american citizen and has lived in the city and state of providence Rhode Island for over 30 years and under no circumstances what so ever will flee.

(10) that the defendant will not leave the state of Rhode Island under any circumstances.

WHEREAS; the defendant prays, that the honorable court release him on personal recognizance .

DATE SUBMITTED 8/8/08/

DEFENDANTS SIGNATURE
ALBERTO RODRIGUEZ
Alberto Rodriguez