UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RE: ALBERTO RODRIGUEZ PLAINTIFF - APPELLANT,

v. C.A. No.07-276-S.

UNITED STATES OF AMERICA DATE, 8/8/08/
DEFENDANT - APPELLEE.

TITLE VI. AND SECTION 2255 PROCEEDINGS
RELEASE PURSUANT TO RULE 23(b)(3) and(c) OF HABEAS CORPUS SECTION 2255.

AFFIDAVIT IN SUPPORT OF
MOTION FOR RELEASE ON PERSONAL RECOGNIZANCE

I Alberto Rodriguez, hereby state the following under the penalty of perjury.

Defendant Alberto Rodriguez has been wrongly convicted at trial!

Defendant Alberto Rodriguez has filed a motion to vacate the wrongful conviction pusuant to 28 U.S.C. 2255, in the district of Rhode Island where he was wrongly convicted, and has been granted an evidentiary hearing by the district court, who has also assinged court appointed counsel to represent him at, and threw out the proceedings.

Defendant Alberto Rodriguez has been in prison for almost 5 years in which he is being detained, punished, and deprived of his life, and Liberty, to the corruption of police misconduct and perjurouse testimony, prosecutorial misconduct, and ineffective assistance from court appointed counsel, and faces the power of government who wrongly convicted without truth-seeking!

Defendant Alberto Rodriguez has suffered, and is suffering major prejudice in proveing the truth, do to the long delay since his false imprisonment, and is at a total disadvantage do to the time waisted!
defendant needs to act promptly!

WHEREAS; Defendant Alberto Rodriguez ask's the honorable court in prayers, and in the name of justice, to please hear and except the cry for justice from a wrongly convicted man, and grant the defendant release on personal recognizance in allowing him to prove that he

has been wrongly convicted, and is entitled to full relief, and must be discharged from the false imprisonment that he has suffered and is suffering to the evil of police misconduct and perjurouse testimony, prosecutorial misconduct, and ineffective assistance by betrayed court appointed counsel.

(The Truth Will Be Revealed)

(I AM INNOCENT)

Respectfull and Truthful
Alberto Rodriguez

Alberto Rodriguez