IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ | ) | |
| | ) | |
| vs. | ) | CR. No 07-276S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**MOTION TO CONTINUE EVIDENTIARY HEARING**

Now comes the Petitioner, Alberto Rodriguez, by and through his appointed counsel, and moves this honorable court for a continuance of the evidentiary hearing with respect to Petitioner's Motion to Vacate, Set Aside, or Otherwise Correct Sentence, pursuant to 28 U.S.C. § 2255, scheduled for October 6, 2008, for a period of sixty (60) days, or however long the court in its discretion deems appropriate. In support of this motion defendant asserts the following:

Counsel was appointed by the court to represent Petitioner on June 24, 2008. Counsel continues to investigate this matter and additional time is necessary for the Petitioner to fully do so.

The ends of justice and the Petitioner's interest will be better served by providing additional time for counsel to adequately investigate the issues raised with regard to this evidentiary hearing. Specifically, Counsel needs additional time to interview witnesses, and per this Court's instruction, ascertain the full history of the witnesses prior statement, the role of earlier attorneys and investigators in obtaining statement, whether the defendant and/or other passengers in the vehicle conspired with witness to commit perjury, when defense counsel learned that witness intended to recant, and the strategic and tactical factors considered in deciding to limit the cross examination of witness.

For the reasons stated above, the defendant avers that the interest of justice would be served by allowing counsel additional time, to investigate the facts and circumstances more fully in order to adequately represent the defendant.

Respectfully Submitted,
Defendant Alberto Rodriguez
By his attorney,

/S/ George J. West

George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401) 861-9042
(401) 861-0330 – fax

CERTIFICATION

I hereby certify that I cause the filing of the above Motion through the United States District Court for the District of Rhode Island's ECF System be forwarded to Richard Rose, Esq., A.U.S.A. at richard.rose@usdoj.gov on 9/9/2008.

/S/ George J West