IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ | ) | |
| | ) | |
| vs. | ) | C.A.No. 07-276-S |
| | ) | Cr.No. 04-050-S |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S OBJECTION TO PETITIONER'S MOTION FOR DISCOVERY

The United States hereby objects to Petitioner's Motion For Discovery for the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys

/s/RICHARD W. ROSE

RICHARD W. ROSE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email:richard.rose@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2008, I caused the within Government's Objection to Petitioner's Motion for Discovery be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

George J. West
One Turks Head Place
Suite 312
Providence, RI 02903-2215
e-mail: gjwest@georgejwestlaw.com

/s/RICHARD W. ROSE
RICHARD W. ROSE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email:richard.rose@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ | ) | |
| | ) | |
| vs. | ) | C.A.No. 07-276-S |
| | ) | Cr.No. 04-050-S |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF ITS OBJECTION TO PETITIONER'S MOTION FOR DISCOVERY

Petitioner has sua sponte filed a Motion for Discovery after counsel George J. West was appointed to represent him. The government contacted counsel in response to the petitioner's motion. Counsel was informed that many of the items requested are already a part of the criminal case discovery making the motion largely redundant or beyond the scope of post-conviction discovery. The government suggested to Counsel that after he has an opportunity to review all of the files in the criminal case, that he and the government could confer on any open items and if necessary, file an appropriate motion with the Court for resolution. Therefore, the government requests that the motion

for discovery be denied without prejudice for refiling by Petitioner's counsel for any unresolved issues.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorney

/s/RICHARD W. ROSE

RICHARD W. ROSE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email:richard.rose@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2008, I caused the within Government's Memorandum in Support of It's Objection to Petitioner's Second Motion For Release Pending Adjudication of his § 2255 to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

George J. West
One Turks Head Place
Suite 312
Providence, RI 02903-2215
e-mail: gjwest@georgejwestlaw.com

/s/RICHARD W. ROSE

RICHARD W. ROSE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email:richard.rose@usdoj.gov