IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERTO RODRIGUEZ )
)
vs. ) C.A.No. 07-276-S
) Cr.No. 04-050-S
UNITED STATES OF AMERICA )

GOVERNMENT'S OBJECTION TO PETITIONER'S SECOND MOTION FOR RELEASE PENDING ADJUDICATION OF HIS §2255 PETITION

The United States hereby objects to Petitioner's Second Motion For Release Pending Adjudication of His § 2255 Petition for the reasons set forth in the accompanying Memorandum of Law.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorney

/S/RICHARD W. ROSE

RICHARD W. ROSE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email:richard.rose@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2008, I caused the within Government's Objection to Petitioner's Second Motion For Release Pending Adjudication of his § 2255 to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

George J. West
One Turks Head Place
Suite 312
Providence, RI 02903-2215
e-mail: gjwest@georgejwestlaw.com

/S/RICAHRD W. ROSE
RICHARD W. ROSE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email:richard.rose@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ | ) | |
| | ) | |
| vs. | ) | C.A.No. 07-276-S |
| | ) | Cr.No. 04-050-S |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO PETITIONER'S SECOND MOTION FOR RELEASE PENDING ADJUDICATION OF HIS §2255 PETITION

The Petitioner has filed a second motion for release pending the adjudication of his § 2255 petition. His first motion for bail was denied. See Docket No. 26. This request should also be denied.

The Bail Reform Act does not apply to federal prisoners seeking postconviction relief." United States v. Mett, 41 F.3d 1281, 1282 (9th Cir. 1995); accord United States v. Kelly, 790 F.2d 130, 139 (D.C. Cir. 1986); Cherek v. United States, 767 F.2d 335, 337 (7th Cir. 1985); cf. Woodcock v. Donnelly, 470 F.2d 93, 94 (1st Cir. 1972). Assuming arguendo that bail is theoretically available in this case, Rodriguez would have to show both exceptional circumstances and a high probability of success on the merits. Id. He has failed to make either showing. Instead, he merely asserts in cursory fashion that he was wrongly convicted and that he wishes to pursue certain interests outside of prison such as investigating

alleged police misconduct and caring for family members. These are not adequate bases for relief.

For these reasons the petitioner's motion should be denied.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorney

/S/RICHARD W. ROSE
RICHARD W. ROSE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email:richard.rose@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2008, I caused the within Government's Memorandum in Support of It's Objection to Petitioner's Second Motion For Release Pending Adjudication of his § 2255 to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

George J. West
One Turks Head Place
Suite 312
Providence, RI 02903-2215
e-mail: gjwest@georgejwestlaw.com

/S/RICHARD W. ROSE
RICHARD W. ROSE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email:richard.rose@usdoj.gov