IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ | ) | |
| | ) | |
| vs. | ) | C.A.No. 07-276-S |
| | ) | Cr.No. 04-050-S |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S RESPONSE TO PETITIONER'S
MOTION TO CONTINUE EVIDENTIARY HEARING

The United States does not object to Petitioner's Motion To Continue Evidentiary Hearing.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorney

/S/RICHARD W. ROSE

RICHARD W. ROSE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email:richard.rose@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2008, I caused the within Government's Response to Petitioner's Motion to Continue Evidentiary Hearing be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

George J. West
One Turks Head Place
Suite 312
Providence, RI 02903-2215
e-mail: gjwest@georgejwestlaw.com

/S/RICHARD W. ROSE
RICHARD W. ROSE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401)709-5000
(401)709-5001(fax)
Email:richard.rose@usdoj.gov